| | |
|---|---|
| In re: | Case No. 25-40126-CN |
| Free Minds Society | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 27, 2025 | Form ID: FSSM | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Free Minds Society, 1875 Ventura Drive, Pittsburg, CA 94565-6477 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 29, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Janina M. Hoskins | jmelder7@aol.com Ca80@ecfcbis.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:    Free Minds Society | Case No.: 25–40126 CN 7 |
| Debtor(s) | Chapter: 7 |

### NOTICE OF FAILURE OF DEBTOR(S) TO PROVIDE STATEMENT OF SOCIAL SECURITY NUMBER, EMPLOYER IDENTIFICATION NUMBER AND/OR LIST OF CREDITORS

YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 1/27/25 has been accepted for filing but is defective for the reason(s) indicated below:

☐ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted.

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005(a)(2).

☐ The petition did not include the Employer Identification Number as required by Federal Rule of Bankruptcy Procedure 1005(a)(3).

☑ The List of Creditors as required by 11 U.S.C. § 521(a)(1) was not submitted with the petition.

☐ The List of Creditors was submitted with incomplete addresses.

☐ The last four digits of debtor's SSN on the Voluntary Petition does not match the Debtor's SSN as listed on the Statement of Social Security Number.

NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within fourteen (14) days of the date of this notice, or your case may be dismissed without further notice.

Dated: <u>1/27/25</u>                     For the Court:

                                             Edward J. Emmons
                                             Clerk of Court
                                             United States Bankruptcy Court