FILED

FEB 1 0 2025

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF CREDITOR MAILING LIST

I, Zeke Layman, as member and authorized representative of Free Minds Society, the debtor in this case, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

The following is a complete list of creditors having claims:

PCSCollections
P.O. Box 150 460 Union ave Suite C
Fairfield, CA 94533

PHH MORTGAGE CORPORATION
% First American Title Insurance Company
4795 Regent Blvd, Mail Code 1011-F
Irving, TX 75063

BARRAT DAFFIN FRAPPIER TREDER & WEISS, LLP
EDWARD A. TREDER, Managing Partner
3990 E. CONCOURSE STREET, SUITE 350
ONTARIO, CALIFORNIA 91764-7971

MCCALLA RAYMER LEIBERT PIERCE, LLP
Mark Domeyer, SBN 135008
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802

Reno Golez
1875 Ventura Drive
Pittsburg, CA 94575

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 10, 2025

/s/ Zeke Layman

Free Minds Society, aka Zeke Layman
Debtor Pro Se