# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 02/26/2025 |
| Case: 25−40126 | Form ID: OFT | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
tr      Janina M Hoskins      jmelder7@aol.com

                                                                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Free Minds Society      1875 Ventura Drive      Pittsburg, CA 94575

                                                                                                                             TOTAL: 1